UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PANCOAST TRADING S.A.,

          Plaintiff,

  -against-

EUROGRANI S.R.L,

          Defendant.

------------------------------------------------------------x

07 Civ. 8581 (GEL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/07

GERARD E. LYNCH, District Judge:

It is hereby ORDERED that, on the first business day of the months of February, May, August, and November of each year, Plaintiff shall submit to the Court a report on the current status of the London arbitration proceedings. Plaintiffs shall submit such reports until an arbitral judgment is issued, at which point Plaintiff shall submit a report to the Court detailing the resolution of the arbitration.

SO ORDERED:

Dated: New York, New York
       November 14, 2007

_____
GERARD E. LYNCH
United States District Judge