MEMO ENDORSED

```
USDC SDNY
DOCUMENT                    LYNE H T
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PANCOAST TRADING S.A.                    :

        Plaintiff,                             :
                                                                         07 CV 8581 (GEL)
- against -                                      :    ECF CASE

EUROGRANI S.r.l.,                        :

        Defendant.                             :
-----------------------------------------------------------X

## VOLUNTARY ORDER STAYING MATTER PENDING ARBITRATION

The Plaintiff, by its undersigned attorneys, Tisdale Law Offices, LLC, having instituted the above captioned matter and obtained the sought after relief of security pursuant to Rule B of the Federal Rules of Civil Procedure Supplemental Rules for Certain Admiralty and Maritime Claims, and there having been no appearance from the defendant, the above-captioned matter is hereby voluntarily stayed pending the resolution of London arbitration pursuant to 9 U.S.C. §8 and 9 U.S.C. §§201-208.

Dated: November 12, 2007
New York, NY

                                                                THE PLAINTIFF,
                                                                PANCOAST TRADING S.A.

                                         By:   _____
                                                                 Claurisse Campanale Orozco (CC 3581)
                                                               Thomas L. Tisdale (TT 5263)
                                                               TISDALE LAW OFFICES, LLC
                                                               11 West 42nd Street, Suite 900
                                                               New York, NY 10036
                                                               Tel. (212) 354-0025 / Fax (212) 869-0067
                                                               corozco@tisdale-law.com
                                                               ttisdale@tisdale-law.com

SO ORDERED,

_____
U.S.D.J.
11/14/07