**JAMES A. SAVILLE, JR. (JS-4835)**
**HILL RIVKINS & HAYDEN LLP**
Attorneys for Defendant
Eurograni S.r.l.

45 Broadway – Suite 1500
New York, New York 10006
(212) 669-0600

------------------------------------------------X
PANCOAST TRADING S.A.,                  :          07 CV 8581 (GEL)

            Plaintiff,                  :

- Against -                                        :

EUROGRANI S.r.l.                                :          **NOTICE OF APPEARANCE**

           Defendant.               :
------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned is appearing as counsel of record for Defendant in the captioned action.

Dated: New York, New York
       December 7, 2007

                HILL RIVKINS & HAYDEN LLP
                Attorneys for Defendant
                Eurograni S.r.l.

                By: _____
                    James A. Saville, Jr. (JS-4835)

                45 Broadway – Suite 1500
                New York, New York 10006
                (212) 669-0600

TO:

Claurisse Campanale Orozco, Esq.
Thomas L. Tisdale
Tisdale Law Offices LLC
11 West 42nd Street
Suite 900
New York, New York  10036