

**HILL RIVKINS & HAYDEN LLP**
45 Broadway, Suite 1500, New York, NY 10006-3739   Tel: (212) 669-0600
Fax: (212) 669-0698/0699                    e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com

**Via Electronic Filing**

December 7, 2007

The Honorable Gerard E. Lynch
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

                  RE:    PANCOAST TRADING S.A., vs.
                           EUROGRANI S.r.l.
                           **07 CV 8581 (GEL)**
                           Our File No.: 29672-JAS

Dear Judge Lynch:

    We represent defendant Eurograni S.r.l in the captioned matter.

    In short, certain disputes arose between the Plaintiff, Pancoast Trading S.A., and defendant in connection with the carriage of a wheat cargo from Quebec to Sfax, Tunisia aboard the M/V VERTIGO pursuant to a NYPE form charter party. Plaintiff claims defendant breached the charter party and defendant claims plaintiff breached the charter. The matter is subject to London arbitration.

    On October 3, 2007, Plaintiff filed its Verified Complaint seeking to attach $303,606.92 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure. Your Honor signed an *Ex Parte* Order for Process of Maritime Attachment that same day and on October 9, 2007, plaintiff attached $303,606.92.

    Rule E(7) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure provides, in relevant part:

        **7. Security on Counterclaim**
        (a) When a person who has given security for damages in the

| NEW JERSEY | TEXAS | CONNECTICUT | CALIFORNIA |
|---|---|---|---|
| North Broadway | 712 Main Street, Suite 1515 | 60 Quarry Dock Road | Of Counsel: |
| South Amboy, NJ 08879-1638 | Houston, TX 77002-3209 | Branford, CT 06405-4654 | Brown & Associates |
| (732) 838-0300 Fax: (732) 316-2365 | Tel: (713) 222-1515 Fax: (713) 222-1359 | Tel: (203) 315-9274 Fax: (203) 315-9264 | 11140 Fair Oaks Boulevard, Suite 100 |
| e-mail: thefirm@hillrivkins.com | e-mail: hillrivkinstexas@hillrivkins.com | e-mail: hillrivkinsct@snet.net | Fair Oaks, CA 95628-5126 |
|  |  |  | Tel: (916) 859-4910 Fax: (916) 859-4911 |

The Honorable Gerard E. Lynch
United States District Judge
United States District Court
December 7, 2007
Page Two

        original action asserts a counterclaim that arises from the transaction or occurrence that is the subject of the original action, a plaintiff for whose benefit the security has been given **must** give security for damages demanded in the counterclaim unless the court for cause shown, directs otherwise.

    While reserving its right to move to vacate the attachment, pursuant to Rule E plaintiff has demanded countersecurity in the amount of USD$325,185.15 to be deposited to a joint escrow account. Documents supporting defendants counterclaim have been provided to Plaintiff. To date, Plaintiff Pancoast Trading has not agreed to provide the requested countersecurity. Consequently, we request the Court's intervention.

    The parties have agreed to the following briefing schedule:

        Defendant's Motion filed on December 11, 2007
        Plaintiff's Opposition filed on December 17, 2007
        Defendant's Reply filed on December 19, 2007.

    The parties request a prompt hearing thereafter.

    We understand that the action has been stayed and, therefore, we request that the stay be lifted. Plaintiff has no objection to this request.

    We thank the Court for its consideration of the forgoing.

        Respectfully submitted,

        HILL RIVKINS & HAYDEN LLP

        /s/ James A. Saville, Jr.

JAS/mc
29672\005 Court

cc: **Via Electronic Filing**
    Claurisse Campanale Orozco, Esq.
    Tisdale Law Offices LLC

