**JAMES A. SAVILLE, JR. (JS-4835)**
**KIPP C. LELAND (KL-0932)**
**HILL RIVKINS & HAYDEN LLP**
Attorneys for Defendant
Eurograni S.r.l.

45 Broadway – Suite 1500
New York, New York  10006
(212) 669-0600

------------------------------------------------X
PANCOAST TRADING S.A.,               :        Docket No.:1:07-cv-8581(GEL)

        Plaintiff,                     :

  - Against -                          :        **NOTICE OF MOTION**
                                              **FOR COUNTERSECURITY**
EUROGRANI S.r.l.                          :        **PURSUANT TO RULE E**

        Defendant.               :
------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the Declaration of James A. Saville, Jr., dated December 11, 2007, with the exhibits annexed thereto, the accompanying memorandum of law and upon all the proceedings heretofore had herein, defendant Eurograni S.r.l. by and through its attorneys HILL RIVKINS & HAYDEN LLP, will move before the Honorable Gerald E. Lynch, United States District Judge, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a time and place to be determined by the Court for an Order pursuant to Rule E(7)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure granting counter-security to Defendant in the amount of USD $325,185.15, and for such other and further relief as the court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the December 10, 2007, letter of James A. Saville, Jr. duly endorsed by this Court, plaintiff's opposition to defendant's motion must be served and filed by December 17, 2007, and defendant's reply must be served and filed December 17, 2007.

Dated: New York, New York
December 11, 2007

                                 HILL RIVKINS & HAYDEN LLP
                                 Attorneys for Defendant
                                 Eurograni S.r.l.

By: /s/ James A. Saville, Jr.
      James A. Saville, Jr. (JS-4835)
      Kipp C. Leland (KL-0932)
      45 Broadway – Suite 1500
      New York, New York 10006
      (212) 669-0600

TO:

Claurisse Campanale Orozco, Esq.
Thomas L. Tisdale
Tisdale Law Offices LLC
11 West 42nd Street
Suite 900
New York, New York 10036