JAMES A. SAVILLE, JR. (JS-4835)
KIPP C. LELAND (KL-0932)
HILL RIVKINS & HAYDEN LLP
Attorneys for Defendant
Eurograni S.r.l.

45 Broadway, Suite 1500
New York, New York 10006
(212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
PANCOAST TRADING S.A.,

    Plaintiff,

-against-

EUROGRANI S.r.l.

    Defendant.
-------------------------------X

Docket No.: 1:07-cv-8581(GEL)

**SAVILLE AFFIRMATION**

I, James A. Saville, Jr., hereby affirm as follows:

1. I am a member of the law firm of Hill Rivkins & Hayden LLP, attorneys for defendant, Eurograni S.r.l., and duly admitted to practice law before this Honorable Court. I submit this affirmation in support of defendant's motion for countersecurity pursuant to Rule E(7)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure

2. A true and accurate copy of the Affirmation of Massimo Barranco, Sole Director of Eurograni is attached hereto as Exhibit 1.

I hereby affirm under the penalty of perjury of the United States of America that the forgoing statements are true and correct. Executed on December 11, 2007.

_____
James A. Saville, Jr.