Exhibit 1

James A. Saville, Jr.
HILL RIVKINS & HAYDEN LLP
Attorneys for Defendant
Eurograni S.r.l.

45 Broadway, Suite 1500
New York, New York 10006
(212) 669-0600

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X
PANCOAST TRADING S.A.,                     :
                                           :          Docket No.: 1:07-cv-8581(GEL)
             Plaintiff,                    :
                                           :
       -against-                           :
                                           :
EUROGRANI S.r.l.                           :          **AFFIRMATION**
                                           :
             Defendant.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

I, Massimo Barranco, hereby affirm as follows:

1. I am Sole Director of Eurograni S.r.l., defendant in this action. I submit this affirmation in support of Eurograni's application for countersecurity based upon my personal knowledge and the documents maintained by Eurograni in connection with the subject charter party.

2. Eurograni chartered the M/V VERTIGO from Pancoast Trading S.A. on the NYPE form time charter for the carriage of a parcel of wheat from Quebec to Sfax, Tunisia. Due to circumstances encountered at the loadport, certain disputes have arisen between the parties. In short, Pancoast claims Eurograni breached the charter while Eurograni believes Pancoast was in breach. Theses disputes are subject to London

arbitration and both Pancoast and Eurograni have appointed solicitors in London to represent their respective interests.

3. Eurograni's claim against Pancoast, exclusive of interest, costs and attorneys' fees, consists of the following:

| | |
|---|---|
| Expenses at Loadport<br>(a) Pilotage<br>(b) Mooring/Unmooring<br>(c) Docking/Undocking<br>(d) Harbor Dues<br>(e) Security Dues<br>(f) Cargo Securing<br>(g) Overtime-Stevedoring, Surveyor, Elevator | USD$ 82,309.15 |
| Survey Fees | USD$   3,210.64 |
| Unlashing at Discharge Port: | USD$   2,499.84 |
| Fender Damage at Discharge Port | USD$   5,352.34 |
| Loss Earnings on Cargo not loaded | USD$ 10,000.00 |
| Contractual Penalty as result of late delivery | USD$ 69,431.13 |
| Despatch: | USD$   7,115.00<br>USD$179,918.10 |

True and accurate copies of certain invoices supporting the foregoing amounts are attached hereto as Exhibit A.

I hereby affirm under the penalty of perjury of the United States of America that the forgoing statements are true and correct. Executed on December 11, 2007.

*Eurograni s.r.l.*
L'Amministratore Unico

**Exhibit A**

Administration de pilotage
des Laurentides

Laurentian Pilotage
Authority

FACTURE
INVOICE   # 389   Q26324

555, Boul. Rene-Levesque Ouest
Bureau 1501
Montreal (Quebec) H2Z 1B1
TÉLÉPHONE : (514) 283 - 6320 Poste 225
TÉLÉCOPIEUR : (514) 496 - 2409
courriel / email: facturation-billing@apl.gc.ca

555, Rene-Levesque Blvd. West
Suite 1501
Montreal (Quebec) H2Z 1B1
TELEPHONE : (514) 283 - 6320 Ext. 225
TELECOPIER : (514) 496 - 2409

VERTIGO
Navitrans Shipping Agencies Inc.
359 St-Pierre Street
Montreal, PQ
Canada
H2Y 2L9

| | DATE | |
|---|---|---|
| | J / D | A -Y. / M. / J.-D. |
| SERVICE RENDU / SERVICE RENDERED | 2007-02-15 | 2007-02-21 |
| NAVIRE / SHIP | VERTIGO | |
| PILOTE / PILOT # | TPS/GST # 10668 596 RT0001 - TVQ/QST # 1006081025 | |

**Pilote(s) affecte(s) / Pilot(s) dispatched**

Q-363 LeBlanc Bruno; QBC28 - Qbc Quai/Wharf 28 2007-02-15 18:00

**Service de pilotage / Pilotage charges:**

Movage      QBC28 - Qbc Quai/Wharf 28 2007-02-15 18:45 – QBC101 - Qbc Quai/Wharf 101 2007-02-15 20:15

**Droits De Pilotage / Pilotage Charges**

**Déplacement/Movage**

| | | |
|---|---|---|
| Déplacement/Movage 393.65 | | 393.65 $ |
| Déplacement unités/Movage units  68.53 * 12.96 | | 888.15 $ |

**Retenue à bord/Detention on board: (Pilote/Pilot :Q-363)**

| | | |
|---|---|---|
| Retenue à bord/Detention on board  90.79 | | 90.79 $ |
| de/from: Feb 15 2007  6:00PM a/to: Feb 15 2007  6:45PM  QBC28 - Qbc Quai/Wharf 28 | | |

**Charges additionnelles / Additional charges:**

| | |
|---|---|
| Droit supplémentaire/Surcharge (4.90%) | 0.00 $ |
| T.P.S. / G.S.T.: (6.00 %) | 0.00 $ |
| T.V.Q. / Q.S.T.: (7.50 %) | 0.00 $ |
| **Payable immédiatement / Payable immediately** | **1 372.59 $** |

Échéance le / Due on: 2007-03-21

**Taux d'intérêt en vigueur / Current interest rate :**

1.00   % par mois / per month 12.68  % par année / per year.

VESSEL: *Vertigo*
NO.: *158*
DAY REC.: *26/02/07*
INITIALS: _____


Canada

IMPORTANT En vertu de la loi sur le pilotage ce compte est payable immédiatement. Toutefois, après 28 jours de la date de la facturation, ce compte est sujet à un supplément de retard au taux ci-haut mentionné.

IMPORTANT In accordance with pilotage act, this account is due immediately. However after 28 days of billing, it is subject to a late payment charge based on interest rate shown above



COMPAGNIE D'AMARRAGE De QUÉBEC INC.

**QUEBEC MOORING INC.**
C.P./P.O. BOX 1, STATION B
QUEBEC, QUE
G1K 7A1

TÉLÉPHONE:    (418) 525-8171
FAX:          (418) 525-9940
TELEX:        051-2237
CABLES:       GREIG

Master & Owners      **M/V**    **VERTIGO**
c/o Navitrans Shipping Agencies
359 rue St-Pierre
Montréal(Qc)
H2Y 2L9

DATE   **February 20 2007**

FACTURE      **7846**

7033

| Date | Service | Section | Location | Day | Amount |
|------|---------|---------|----------|-----|--------|
| 10-févr-07 | MOORING | SECTION 53 | BEAUPORT FLAT | *Saturday* | 1 625,00 $ |
| 11-12-févr-07 | SHIFTING | SECTION 53-28 | ST-CHARLES RIVER | *Sunday* | 1 625,00 $ |
| *Extra-Time @ $420,00/hour X 2h30min* | | | | | 1 050,00 $ |
| 15-févr-07 | SHIFTING | SECTION 28-101 | ANSE-AUX-FOULONS | | 1 075,00 $ |
| 17-févr-07 | UNMOORING | SECTION 101 | ANSE-AUX-FOULONS | *Saturday* | 1 625,00 $ |

Sub-Total        7 000,00 $

TPS        0,0%        -     $

TVQ        0,0%        -     $

TOTAL        7 000,00 $

*(handwritten stamp: VESSEL Vendipo / NO. 158 VOY. / DAY REC.: 23/02/07 / INITIALS:)*

NET 30 DAYS

TPS/GST      R-121968119        0%
TVQ/QST      1010479505         0%

*(circled handwritten: LB)*



# OCEAN

**Océan Remorquage Québec Inc.**

105 Abraham Martin
Office 500
PO BOX 1963
Terminus Québec
(Québec) G1K 7M1

Telephone: (418) 694-1414
Fax:       (418) 694-2074

## INVOICE

N° 62583

**24 hour Service**

Docking and long towing services

| | |
|---|---|
| Sold To | Page No. : | 1 |

**MASTER & OWNERS VERTIGO**
**NAVITRANS SHIPPING**
**359, RUE ST-PIERRE**
**MONTREAL, QUEBEC**
**H2Y 2L9**

| | |
|---|---|
| Page No. : | 1 |
| Customer No.: | |
| Order No.: | 59713 |
| Invoice Date: | February 16, 2007 |
| Service Date: | February 15, 2007 |
| GRT: | 15,502 |
| Terms : | Payable upon receipt |

Vessel

VERTIGO

| Description | Start Time | End Time | Amount |
|---|---|---|---|
| Area 1 Estuary sector | | | |
| Undocking from wharf 28 Grt: 15,502 | | | |
| Breaking & Clearing ice at Wharf 28 | | | |
| $975.00 per half hr & per tug | | | |
| | | | |
| Remorqueurs | | | |
| Tugs | | | |
| OCEAN BRAVO | 17:50 | 18:50 | 4,100.00 |
| OCEAN CHARLIE | 17:45 | 18:55 | 4,100.00 |
| OCEAN CHARLIE / Ice | 17:50 | 18:10 | 975.00 |
| Applicable Fuel Surcharge 9% | 17:50 | 18:10 | 825.75 |

VESSEL: *Vertigo*
NO.: *158* VOY: */*
DAY REC.: *21/02/07*
INITIALS:

See below for
**WIRE TRANSFERT information**
▼    ▼    ▼    ▼    ▼

**PLEASE WIRE TRANSFERT TO:**

Bank Name: National Bank of Canada
Address: 498, 3rd Avenue
Québec (Québec) G1L 2W1
Canada
Bank No: 006
Transit No: 02371
Account No: 06600-23
Account Name: Ocean Remorquage Quebec Inc.
SWIFT CODE: BNDCCAMMINT
Transfer from USA: ABA: 21000021
SWIFT US: CHASUS33

From printing solutions by Formplus inc. • www.formplus.ca • N° 3716FR71

**Conditions**

Invoice payable upon receipt. Interest at 1,75% per month ( 21% per year) will be charged, from the date of the service, on any amount still unpaid 30 days after the date.

All services are provided under Eastern Canadian Tug Owners' Association Standard Towing Conditions (copy available upon request)

Registration No.
GST: R 132 671 538  PST: 1 001 076 864

| | |
|---|---|
| Sub-Total | 10,000.75 |
| GST | |
| PST | |
| **Total** | **10,000.75 $** |

**CUSTOMER**



# OCEAN

**Océan Remorquage Québec Inc.**

105 Abrah... ...rtin
Office 500
PO BOX 1963
Terminus Québec
(Québec) G1K 7M1

Telephone: (418) 694-1414
Fax:       (418) 694-2074

## INVOICE

N° 62584

### 24 hour Service

Docking and long towing services

sold to

**MASTER & OWNERS VERTIGO**
**NAVITRANS SHIPPING**
**359, RUE ST-PIERRE**
**MONTREAL, QUEBEC**
**H2Y 2L9**

Vessel

VERTIGO

| | |
|---|---|
| Page No. : | 1 |
| Customer No.: | |
| Order No.: | 59714 |
| Invoice Date: | February 16, 2007 |
| Service Date: | February 15, 2007 |
| GRT: | 15,502 |
| Terms : | Payable upon receipt |

| Description | Start Time | End Time | Amount |
|---|---|---|---|
| Area 2: Wolfe's cove | | | |
| Docking at wharf 101 Grt: 15,502 | | | |
| | | | |
| Remorqueurs | | | |
| Tugs | | | |
| OCEAN BRAVO | 18:50 | 20:30 | 4,244.00 |
| OCEAN CHARLIE | 18:55 | 20:40 | 4,244.00 |
| Applicable Fuel Surcharge 9% | 18:55 | 20:40 | 763.92 |

VESSEL: *Vertigo*
NO.: *158* VOY.:
DAY REC.: *26/02/07*
INITIALS: ..................

See below for
WIRE TRANSFERT information
▼  ▼  ▼  ▼     ▼

PLEASE WIRE TRANSFERT TO
Bank Name:     **National Bank of Canada**
Address:       **498, 3rd Avenue**
               **Québec (Québec) G1L 2W1**
               **Canada**
Bank No.       006
Transit No:    02371
Account No:    06600-23
Account Name:  Ocean Remorquage Quebec Inc.
SWIFT CODE:    BNDCCAMMINT
Transfer from USA: ABA: 21000021
SWIFT US:      CHASUS33

Form printing solutions by Formplus Inc. • www.formplus.ca • N° 3716FR71

**Conditions**

Invoice payable upon receipt. Interest at 1,75% per month ( 21% per year) will be charged, from the date of the service, on any amount still unpaid 30 days after the date.

All services are provided under Eastern Canadian Tug Owners' Association Standard Towing Conditions (copy available upon request)

Registration No.

GST: R 132 671 538 PST: 1 001 076 864

| | |
|---|---|
| Sub-Total | 9,251.92 |
| GST | |
| PST | |
| **Total** | **9,251.92 $** |

CUSTOMER

2



Administration portuaire de Québec
150, rue Dalhousie – C.P. 2268
Québec QC G1K 7P7

Téléphone : (418) 648-3640
Télécopieur : (418) 648-4160
www.portquebec.ca

Quebec Port Authority
150 Dalhousie St. – P.O. Box 2268
Québec QC G1K 7P7

Telephone : (418) 648-3640
Facsimile : (418) 648-4160
www.portquebec.ca

**FACTURE – INVOICE**

## 150118

Master/Owner M/V "VERTIGO"
NAVITRANS SHIPPING AGENCIES INC
A/S MARCOS ANTONIADIS
359 ST-PIERRE
MONTRÉAL QC H2Y 2L9

| | |
|---|---|
| NO DU CLIENT CUSTOMER NO. | 11302 |
| DATE | 2007-02-17 |
| CONDITION | NET 2007-04-18 |

---

Vessel   : VERTIGO (43912)          Flag    :  JAMAIQUE
Length  : 164.24 m.                 GRT     :  15,502 t.
Last Port: BASSENS                  Next Port:  LES ESCOUMINS -   QUE

|   | | | | | |
|---|---|---|---|---|---|
| | | | | Harbour dues: | 976.63$ |
| Anch. Wharf | Arrival | Departure | | Hrs. | |
| 53 | 2007-02-10 20:20 | 2007-02-12 00:25 | 28:05 | | 2,100.52$ |
| 28 | 2007-02-12 01:05 | 2007-02-15 18:38 | 89:33 | No Charge | 0.00$ |
| 101 | 2007-02-15 19:56 | 2007-02-17 12:00 | 40:04 | | 2,677.20$ |
| | | | | Sous/Sub total: | 5,754.35$ |

☀

| | | |
|---|---|---|
| Zero rated | T.P.S./G.S.T.: | 0.00$ |
| Zero rated | T.V.Q./Q.S.T.: | 0.00$ |
| | Total: | 5,754.35$ |

The Quebec Seamen's Institute ( VOLUNTARY )                              25.00$

                                          Grand total:      5,779.35$

VESSEL: *Vertigo*
NO.: *158*   VOY.:
DAY REC.: *28/02/06*
INITIALS:

*Adm. fees of 1.5% per month (19.56% per year) on all overdue balances.*

| NO ENREGISTREMENT TVQ: QST REGISTRATION NUMBER: | 1003249006 | NO ENREGISTREMENT TPS: | 12296 2145 RT0001 |
|---|---|---|---|

TOUTE RÉCLAMATION DEVRA ÊTRE FAITE DANS LES 10 JOURS DE LA
RÉCEPTION.
ALL CLAIMS MUST BE MADE WITHIN 10 DAYS OF RECEIPT.

Canada





**PORT DE QUÉBEC**

Administration portuaire de Québec
150, rue Dalhousie - C.P. 2268
Québec QC G1K 7P7
Téléphone : (418) 648-3640
Télécopieur : (418) 648-4160
www.portquebec.ca

Québec Port Authority
150 Dalhousie St. - P.O. Box 2268
Québec QC G1K 7P7
Telephone : (418) 648-3640
Facsimile : (418) 648-4160
www.portquebec.ca

## FACTURE – INVOICE

### 150117

Master/Owner M/V "VERTIGO"
NAVITRANS SHIPPING AGENCIES INC
A/S MARCOS ANTONIADIS
359 ST-PIERRE
MONTRÉAL QC H2Y 2L9

| NO DU CLIENT CUSTOMER NO. | 11302 |
| --- | --- |
| DATE | 2007-02-17 |
| CONDITION | NET 2007-04-18 |

---

Vessel  : VERTIGO  (43912)           Flag    :   JAMAIQUE
Length  : 164.24 m.                  GRT     :   15,502 t.
Last Port: BASSENS                   Next Port:  LES ESCOUMINS -   QUE

| Anch. | Wharf | Arrival | Departure | Hrs. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 53 | 2007-02-10 20:20 | 2007-02-12 00:25 | 28:05 | | |
| | 28 | 2007-02-12 01:05 | 2007-02-15 18:38 | 89:33 | No Charge | |
| | 101 | 2007-02-15 19:56 | 2007-02-17 12:00 | 40:04 | | |

S A F E T Y   D U E S

| 1 Man | 53 | 2007-02-10 19:57 | 2007-02-10 20:20 | 0:23 | | 13.30$ |
| | | Temps d'attente de l'agent de sécurité avant l'arrivée du navire | | | | |
| 1 Man | 53 | 2007-02-10 20:20 | 2007-02-12 00:25 | 28:05 | 35.00$/HRS | 982.80$ |
| 1 Man | 28 | 2007-02-12 01:05 | 2007-02-15 18:38 | 89:33 | 35.00$/HRS | 3,134.25$ |
| 1 Man | 101 | 2007-02-15 19:56 | 2007-02-17 12:00 | 40:04 | 35.00$/HRS | 1,402.45$ |
| | | | | | Sous/Sub total: | 5,532.80$ |

|  | | Sous/Sub total: | |
| --- | --- | --- | --- |
| Zero rated | T.P.S./G.S.T.: | | 0.00$ |
| Zero rated | T.V.Q./Q.S.T.: | | 0.00$ |
| | Total: | | 5,532.80$ |

VESSEL  *Vertigo*
NO.  *158*  VOY
DAY REC.  *26/02/07*
INITIALS:

---

*Adm. fees of 1.5% per month (19.56% per year) on all overdue balances.*

| NO ENREGISTREMENT TVQ: QST REGISTRATION NUMBER:    1003249006 | NO ENREGISTREMENT TPS:    12296 2145 RT0001 |
| --- | --- |

TOUTE RECLAMATION DEVRA ÊTRE FAITE DANS LES 10 JOURS DE LA RÉCEPTION.
ALL CLAIMS MUST BE MADE WITHIN 10 DAYS OF RECEIPT.

## Canadä



S V P envoyer votre paiement à / Please send your payment to

961, BOUL. CHAMPLAIN
C.P. 1502
QUÉBEC QC G1K 7H6

Tel. 418-522-4701
Fax 418-522-2695

COMPAGNIE D'ARRIMAGE DE QUÉBEC LTÉE
QUEBEC STEVEDORING COMPANY LTD

070532
177207
05-MAR-07

## FACTURE / INVOICE # 070532

NAVITRANS SHIP. AGENCIES INC.
ATT: MARKOS ANTONIADIS
359, ST. PIERRE STREET
MONTREAL QC H2Y 2L9

**Ref:** M/V VERTIGO, securing grain at the Port of Quebec
on February 16 and 17, 2007

Labour, overtime differential, equipement and materials supplied in connection with
securing slack grain in hold no. 3, as instructed by Port Warden.

Flat rate all inclusive:

$49,060.00

| | | |
|---|---|---|
| VESSEL: Vertigo | | |
| NO: 158 | VOY: | |
| DAY REC: 08/03/ | | |
| INITIALS: | | |

|  |  |  |
|---|---|---|
| SOUS-TOTAL / SUBTOTAL | | $49.060.00 |
| .00 % | | $.00 |
| .00 % | | $.00 |
| **TOTAL** | | **$49.060.00** |

*Lire nos termes et conditions standard d'arrimage au verso. / Read our standard stevedoring terms and conditions overleaf.*
*C'est toujours un plaisir de faire affaire avec vous. / It is always a pleasure to do business with you.*





Bunge du Canada Ltée / Bunge of Canada Ltd
300, rue Dalhousie C.P. 2537 Terminus
Québec (Qc) G1K 7R3 CANADA
Tél.: (418) 692-3761    Fax.: (418) 692-0182

Navitrans Shipping Agencies
359 St-Pierre
Montréal QC    H2Y 2L9

| Nº CLIENT<br>CUSTOMER NO. | DATE A-Y M-M J-D | NUMÉRO<br>NUMBER |
|---|---|---|
| 580 | 7 02 16 | PCS0026441 |

CONDITIONS / TERMS

PAYABLE SUR RÉCEPTION
PAYABLE ON RECEIPT

INTÉRÊT À   9.75   %   ANNUELLEMENT
INTEREST AT           ANNUALLY

SUR FACTURES IMPAYÉES
DANS LES 10 JOURS SUI-
VANT LA DATE DE FAC-
TURATION.
ON INVOICES NOT PAID
WITHIN 10 DAYS OF THE
INVOICE DATE.

```
VESSEL  . . . :  VERTIGO                      BERTH: 28
LOADED AT . . :  Quebec          ARRIVED  :  7-02-12 AT  1:45
TONNES  . . . :   24,134.006     COMPLETED:  7-02-15 AT 14:45
CARGO NO. . . :  0007956         SAILED  .:  7-02-15 AT 18:38
DESTINATION . :  TUNISIA
```

```
----- DETAILS -----------          CHARGE
WEIGHING & INSPECTION FEES  =======)   532.50                    532.50
    OVERTIME ELEVATOR  ====)

OUR SHARE 50 %                         266.25-                   266.25-
```

VESSEL: *Vertigo*

NO.: *158* VOY.:

DAY REC.: *19/02/0?*

INITIALS:

'IL VOUS PLAIT FAIRE VOTRE REMISE À L'ORDRE DE BUNGE DU CANADA LTÉE.
LEASE MAKE YOUR REMITTANCE PAYABLE TO BUNGE OF CANADA LTD.

266.25



# Commission Canadienne des Grains
# Canadian Grain Commission

No: BUNQ # 06-046

Demande d'heures supplémentaires - Facture suivra
Requisition for overtime - invoice to follow

Place / Endroit: **Québec, Québec, Canada**          Date / Date: **February 15, 2007**

Elevator / Élévateur: **Bunge du Canada**

Service provided / Service fourni - Inspection / Inspection     **X**          Weighing / Pesage     **X**

Purpose / Intention:          **M/V Vertigo**

| Employé / Employee | Date | Heure / Time De / From | À / To | Heures totales Total hours | Taux / Rate | Somme / Amount |
|---|---|---|---|---|---|---|
| 5 Employés | 12-Feb-07 | 16:00 | 18:00 | 2.00 | $ 14.20 | $ 142.00 |
| 5 Employés | 12-Feb-07 | 18:30 | 00:00 | 5.50 | $ 14.20 | $ 390.50 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Frais totale / Total charge     $ 532.50

Inspector(s): M. Bourgetel, P. Chandler, P. Joly, E. Rochon

Weighmen(s): J. S. Laforest, Y. Tremblay, R. Pouliot

Assistant(s): J. Aubin, F. Talbot, F. Desjardins

Représentant autorisé de l'élévateur /
Authorizing elevator official

I W 385 (Rev. 09/2003)

**Michel Bourgetel**

Officier préposer - Commission Canadien des Grains
Officer in charge - Canadian Grain Commission





Bunge du Canada Ltée / Bunge of Canada Ltd
900, rue Dalhousie  C.P. 2537 Terminus
Québec (Qc)  G1K 7R3  CANADA
Tél.: (418) 692-3761    Fax.: (418) 692-0182

Navitrans Shipping Agencies
359 St-Pierre
Montréal QC   H2Y 2L9

| N° CLIENT CUSTOMER No. | DATE A-Y | M-M | J-D | NUMERO NUMBER |
|---|---|---|---|---|
| 580 | 7 | 02 | 16 | PCS0026446 |

**CONDITIONS / TERMS**

PAYABLE SUR RÉCEPTION
*PAYABLE ON RECEIPT*

INTÉRÊT À
*INTEREST AT*  9.75  % ANNUELLEMENT *ANNUALLY*

SUR FACTURES IMPAYÉES
DANS LES 10 JOURS SUI-
VANT LA DATE DE FAC-
TURATION.
*ON INVOICES NOT PAID
WITHIN 10 DAYS OF THE
INVOICE DATE.*

```
VESSEL  . . . : VERTIGO                      BERTH: 28
LOADED AT . . : Quebec          ARRIVED  :  7-02-12 AT  1:45
TONNES  . . . :  24,134.006     COMPLETED:  7-02-15 AT 14:45
CARGO NO. . . : 0007956         SAILED . :  7-02-15 AT 18:38
DESTINATION . : TUNISIA
```

| --- DETAILS --------- | --- HOURS ---- | TARIFF | CHARGE | |
|---|---|---|---|---|
| OVERTIME ELEVATOR ===) 07 02 12  16:00 @ 22:00 | 6.00000 | 600.000 | 3600.00 | 3600.00 |
| 22:00 @ 24:00 | 2.00000 | 950.000 | 1900.00 | 1900.00 |
| YOUR SHARE 50 % | | | 1800.00- | 1800.00- |
| | | | 950.00- | 950.00- |

VESSEL  Vertigo

NO:  158  VOY

DAY REC:  19/02/08

INITIALS: .................

'IL VOUS PLAIT FAIRE VOTRE REMISE À L'ORDRE DE BUNGE DU CANADA LTÉE.
*LEASE MAKE YOUR REMITTANCE PAYABLE TO BUNGE OF CANADA LTD.*

▶                    2750.00





Bunge du Canada Ltée / Bunge of Canada Ltd
800, rue Dalhousie  C.P. 2537 Terminus
Québec (Qc)  G1K 7R3  CANADA
Tél.: (418) 692-3761     Fax.: (418) 692-0182

Navitrans Shipping Agencies
359 St-Pierre
Montréal QC   H2Y 2L9

| N° CLIENT CUSTOMER NO. | A-Y | M-M | J-O | NUMÉRO NUMBER |
|---|---|---|---|---|
| 580 | 7 | 02 | 16 | FCS0001451 |

**CONDITIONS / TERMS**

**PAYABLE SUR RÉCEPTION**
**PAYABLE ON RECEIPT**

INTÉRÊT À  9.75  %  ANNUELLEMENT
INTEREST AT                     ANNUALLY

SUR FACTURES IMPAYÉES
DANS LES 10 JOURS SUI-
VANT LA DATE DE FAC-
TURATION
ON INVOICES NOT PAID
WITHIN 10 DAYS OF THE
INVOICE DATE

```
VESSEL . . . : VERTIGO                      BERTH: 28
LOADED AT . . : Quebec         ARRIVED  : 7-02-12 AT  1:45
TONNES . . . : 24,134.006      COMPLETED: 7-02-15 AT 14:45
CARGO NO. . . : 0007956        SAILED . : 7-02-15 AT 18:38
DESTINATION . : TUNISIA
```

| ---- DETAILS ---------- | HOURS | TONNES | TARIFF | CHARGE | |
|---|---|---|---|---|---|
| STEVEDORING SERVICES ========) | | | | | |
| OVERTIME MONDAYS TO FRIDAYS  07 02 12 | 8.00000 | | 200.000 | 1600.00 | 1600.00 |
| FROM 1600 - 2400 HRS | | | | | |
| YOUR SHARE 50 % | | | | 800.00- | 800.00- |

VESSEL: *Vertigo*
NO.: *158* VOY
DAY REC.: *19/02/07*
INITIALS: ..................

IL VOUS PLAIT FAIRE VOTRE REMISE À L'ORDRE DE BUNGE DU CANADA LTÉE
PLEASE MAKE YOUR REMITTANCE PAYABLE TO BUNGE OF CANADA LTD

800.00

⑤

# J D'EXPERTISES TECHNIQUES & DE CONTROLE



**MBOULI HASSEN**

**INGENIEUR-EXPERT AGREE**
près les Tribunaux et les
Compagnies D'Assurances

حـــــن الـطـنـبـولـــــي

مهـــنـدس - خبيـــــر
لـدى المحـــــاكم
و شـركـــات التأميـن

---

> **TVA : 071388 D/A/P/000**

### NOTE D'HONORAIRES
### Réf................

Sfax le...................................صفاقس في

## *M/V VERTIGO/ LASRY BROTHERS*

***Mission*** :

- Checking carefully the pumping system of the vessel M/V
  VERTIGO at Sfax port on 05/03/07 for ascertaining if it is
  working and if the pumping valves are working or out of order.

- Sounding double bottoms of the vessel and report the quantity of
  ballast water existing inside on vessel's arrival at Sfax port.

| | | |
|---|---|---|
| *FEES | :......................: | 2240,000 DT |
| *TVA | :......................: | 268,800 DT |
| | **TOTAL** | **2508,800 DT** |

⑥

ARRETE LA PRESENTE FACTURE A LA SOMME DE :

DEUX MILLES CINQ CENT HUIT DINARS 800 MILLIMES ./.

---

Rue H.Thameur Im. EL MANAR Esc.A N°28-Sfax
Tél :74 223 524 – 74 296 317    Fax :74 296 633
E.mail :    stambouli.hassen@tunet.tn

نهج الحبيب ثامر عمارة المنار مدرج أ عدد 28 – صفاقـــس
الهاتف:317 296 74 – 524 223 74    الفاكس: 633 296 74
البريد الإلكتروني :

الشركة البحرية التونسية



لاســـري واخوانـــه

SOCIETE MARITIME TUNISIENNE

# LASRY Brothers

**Fondée en 1887**

**Représentation Consignation des navires et des Cargaisons**

**Transit et le Courtage Maritime d'une façon générale**

TUNIS ON APRIL 05TH 2007.

# INVOICE

SURVEYOR ASSISTANCE : ( MR BKIWITI MOHAMED SAMI ).

| | | |
|---|---|---|
| HOTEL FEES : | T. DINARS | 210.314. |
| CAR CONNECTION: | | 400.000. |
| MOBIL PHONE SERVICE: | | 300.000. |
| | | ---------------- |
| | TOTAL: | 910.314. |

LASRY BROTHERS.

(6)

Adresse : 6, Avenue de Carthage - 1000 - TUNIS Tél. : 240.428 - 240.532 -Télégramme : LASRY TUNIS
Télex : 15045 R.C. Tunis N° 43407 - B.P. 138 TUNIS



**GUESMI HATEM**

**PORT DE SFAX & SKHIRA**

SFAX ON 08/03/2007

TO AGENT OF MV / VERTIGO.

UNLASHING OPERATIONS HOLD N°3.

UNLASHING, DISCONNED WIRE, COLLECT
AND PLASTICS COVER.

FM 07/03/2007 08.00HRS TO 24.00HRS.
FM 08/03/2007 00.00HRS TO 08.00HRS.
LUMPSUM   USD 2300   TND 3036.

THREE THOUSAND THIRTY SIX TUNISIAN
DINARS.



⑦

TO   AGENT MV VERTIGO
TO WHOM IT MAY CONCERN


HERBY CONFIRM AS MASTER THAT UNLASHING OPERATIONS OF HOLD N° 3
ARE PERFORMED BY SHORE LABOURS

FROM 07/03/ 2007 0800 HRS     TO 24.00 HRS
FROM 08/03/2007 00.00 HRS     TO 08.00 HRS


SFAX PORT 08/036/2007

MASTER MV VERTIGO

الشركــة البحريــة التونسيــة لاسـري واخــوانئ

# Société Maritime Tunisienne LASRY BROTHERS

— Fondée 1887 —

| Date<br>APRIL 2007 | PORT DE S F A X | | |
|---|---|---|---|
| SIGN . MASSIMO BARRANCO<br>EUROGRANI GELA | | | |

| | | | | |
|---|---|---|---|---|
| Navire<br>Ship | V E R T I G O | Jauge brute<br>Gross tonnage | 15502 | |
| | | Jauge nette<br>Nett tonnage | 9247 | |
| Armateurs<br>Owners | T/C EIROGRANI SRL | | | |
| A<br>At | G E L A | | | |
| Arrivée le<br>Arrived | MARCH O3RD  2007 | Parti le<br>Sailed | MARCH 18TH 2007 | |
| Venant de<br>Coming from | CANADA | Allant à<br>Going to | ORDERS | |

*(left margin, vertical:) SHIPS AGENTS SHIPS BROKER CHARTERING MOVING TRANSPORATION FORWARDING*

## DÉCOMPTE GENERAL
## GENERAL ACCOUNT

| DEBIT | | CREDIT | |
|---|---|---|---|
| − Frais de port<br>Port charges | 86.327.147 | Avances reçues<br>Advances | 69.210.905 |
| − Frais divers<br>Sundry expenses | 17.358.860 | Fret encaissé à l'entrée<br>Freight Collected inw | |
| − Agence<br>Agency | 8.735.617 | Fret encaissé à la sortie<br>Freight collected outw | |
| − Manutentions<br>Stevedoring | 3.456.380 | Autres recettes<br>Other Earnings | |
| Total des dépenses<br>Total disbursements | 115.878.004 | Total des recettes<br>Total Earnings | 69.210.905 |
| Solde à votre débit<br>Balance to your débit | 46.667.099 | Solde à votre crédit<br>Balance to your debit | |

# A) FRAIS DE PORT - PORT CHARGES

## I. DROITS DE PORT - PORT DUES

| | |
|---|---|
| Droit de quai / Tonnage dues | 78.456.712 |
| Droit de canal / Canal dues | |
| Droits sanitaires / Sanitary dues | 60.000 |
| Droits de Péage / Toll dues | |
| Droits consulaires / Consular fees | |

## 2. DROITS DE DOUANE ET FORMALITES
## CUSTOM FEE FORMALITES

| | |
|---|---|
| Passeport de Sortie / Custom house passport | 225.000 |
| Feuille timbrée pour douane / Stamped paper fort custom house | 200/000 |
| Droit de courtage / Brokerage dues | |
| Droits sur provisions de bord / Excise dues on ship's stores and provisions | |
| Sécurité à la navigation / Marine safety inspection | 35.000 |
| Traduction du journal de bord / Translating extract from log boog | |
| Patente de Santé / Bill of health | |
| Dépôt du rapport de mer / Noting protest | 300.000 |
| CUSTOMS FINE | 300.000 |
| CUSTOMS OVERTIME | 285.000 |

## 3. ASSISTANCE AU NAVIRE - ASSISTANCE TO THE SHIP

| | |
|---|---|
| Gratification pilote / Petty fees for pilot | 180.000 |
| Remorquage / Towage | |
| Batelier / Boat Hire | 2.435.313 |
| Amarrage et démarrage / Mooring and unmooring | 2.150.000 |
| Gardiennage du bord / Watchmen on board | 1.700.122 |
| Location défenses / Fenders | |
| Garde Feu / Fire watchmen | |

. 8.6327.147

# B) FRAIS DIVERS - SUNDRY EXPENSES

## 1. NAVIRE - SHIP

| | | |
|---|---|---|
| Soutes / Bunkers | DAMAGE COST OF FENDER | 6.500.300 |
| Eau douce / Fresh water | GARBAGE REMOVAL | 1.400.000 |
| Réparation et entretien / Repairs and maintenance | SURVEYOR FEES | 6.090.560 |
| — Machine / — Engine | VESSEL LONG PERIOD OF STAY | 110.000 |
| — Pont / — Deck | VESSEL REDELIVERY | 720.000 |
| — Ballast / — Ballast | | |
| Frais divers et heures supplémentaires / Various cost and over time | | 715.000 |
| Frais de liaison extra quai / Connection for ship busness | | 820.000 |
| Telegrammes et télex / Cables and Telex | | 965.000 |

## 2. CAPITAINE ET EQUIPAGE - MASTER AND CREW

| | |
|---|---|
| Vivres / Shipchandler | |
| Frais médicaux / Doctor's fees | |
| Pharmacie / Chemist | |
| Hôpital / Hospital | |
| Rapatriement / Repatriation | |
| Blanchissage / Laundry | |
| Courrier équipage / Crew's postage | |
| Avances au Capitaine / Cash Captain | |
| Photocopies | 38.000 |

**TOTAL FRAIS DIVERS / TOTAL SUNDRY EXPENSES**    17.358.860

Numéro Pièces justificatives / Voucher Number

## C) AGENCE - AGENCY

| | | Numéro Pièces justificatives Voucher Number |
|---|---|---|

Formalité administratives
Clearance Manifest — 180.000

Commission sur frêt
Freigt commission    SPECIAL ASSISTANCE — 2.500.000

Commission d'agence
Agency fee — 3.100.000

Timbres de connaissements
Stamps on bills of lading — 58.000

Correspondance
Postages — 67.500

Frais divers
Petty expenses    GOVERNMENT TAX ON AGENCY FEES 18PCT — 558.000

Frais de change
Exchange fees    EXCHANGE FEES ON TTL EXPS  2PCT — 2.272.117

Intérets sur débours
Interest cash Advance

TOTAL AGENCY
TOTAL AGENCE    8.735.617

## D) MANUTENTIONS - STEVEDORING

Suivant facture ci-jointe    STRAPPING OPERATIONS — 3.036.000
As per invoice berewith

TALLY FEES — 420.380

TOTAL MANUTENTIONS
TOTAL STEVEORING    3.456.380



الجمهورية التونسية
وزارة تكنولوجيات الاتصال و النقل
ديوان البحرية التجارية و الموانئ
**REPUBLIQUE TUNISIENNE**
Ministère des Technologies de la
Communication et du Transport
Office de la Marine
Marchande et des Ports ( Tunisie )
Port   ميناء
P O R T   DE SFAX

فـاتـورة
**FACTURE**

R.C TUNIS N° B 134. 1996

| N° الفاتورة<br>N° Facture | التاريخ<br>Date | المدة<br>Période | Fa |
|---|---|---|---|
| 851513 | 02/04/07 | 84 07 | |

Prestations   الخدمات
AVARIES CAUSEES AUX OUVRAGES DU PORT

TVA 002857 / D/A/M/0

| DOIT | | |
|---|---|---|
| TAPARURA SHIPPING & FORWORDING COMPANY<br>16 RUE TAHAR SFAR IM MARHABA APP N°1<br>SFAX<br>9803758/A/M/000 | لرقم المرجع الحريف عند التذكير<br>Votre N° à rappeler pour toute Correspondance | 9803758 |

| N° Escale | NAVIRE | إسم السفينة | Date التاريخ | Paiements Anterieurs | خدمات سابقة صالحة إلى |
|---|---|---|---|---|---|
| 831 | VERTIGO | | 05/03/07 | Valables jusqu'au | / / |

| N° Connais | **MARCHANDISES** | البضاعة | N° Releve | Tonnage<br>Total | Tonnage<br>enleve | N°<br>te |
|---|---|---|---|---|---|---|
| | DEFENSE ENDOMMAGEE | | 070318 | / | / | |

| البيانات<br>RUBRIQUE | DATES / HEURES | | الساعة / التاريخ<br>الحمولة<br>الوحدة<br>Tonnage /<br>Unité | عدد<br>الأيام<br>Nb<br>jours | التعريفة<br>TARIF | المبلغ المفصل<br>MONTANT PARTIEL | % | المبلغ النهائي<br>MONTANT FINAL |
|---|---|---|---|---|---|---|---|---|
| | DEBUT<br>البداية | FIN<br>النهاية | | | | | | |
| 030 AVARIES | 18 03 07 | | | | | 6500,000 | | 6500, |

Arrêté la présente facture à la somme de   أوقفت هذه الفاتورة بمبلغ قدره :

" MILLE CINQ CENTS DINARS TROIS CENTS MILLIMES.

Droit de Timbre sur declaration

ARRETE PAR :
M. JERTILA MOHAMED        VERIFIEE PAR

C.C.B.    SFAX    RIB : 10 701 0040 10754 787

| المجموع<br>TOTAL | 6500,000 |
|---|---|
| + T V A | |
| | ,300 |
| TOTAL<br>A PAYER | *****6500,300 |

Montant de la TVA ayant fait l'objet de suspension = 1170,300

BAT. Administratif 2060 La Goulette - Tunis - ommp@ommp.nat.tn   المبنى الإداري 2060 حلق الوادي - تونس
Tél : 00216 71 735 300 - الهاتف        Fax : 00216 71 735 812 - الفاكس

8

SFAX                    N° 070318

DATE: 18/0

# DAMAGE DECLARATION

I undersigned Captain of M/V VERTi
Flag JAMAICA, I'M agree to mual
repair of one fender damaged
during our operation in port of SFAX
from 5 march until 18 of march, dah
of our departure. Our Agent TAPARURA is
in charge to resolve this Damage with
SFAX PORT AUTHORITY and to pay for dam
(could be 5000 usd)
Remarque
TAPARURA ........... by arsth.

SUBJECT TO
OWNERS APPROVAL

8

*REPUBLIQUE TUNISIENNE*
Ministère de l'Agriculture et des
Ressources Hydrauliques
*Office des Céréales*

## Contrat BD 2006/22/02/02

### Art 1 : PARTIES AU CONTRAT

ACHETEUR :  Office des Céréales, domicilié au 30 , RUE ALAIN SAVARY TUNIS et représenté par son Président Directeur-Général.

VENDEUR :  EUROGRANI S.R.L.

Via S. Valentino, 19 – 93012 Gela (CL). ITALIA.

### Art 2 : MARCHANDISE : Blé dur ( Triticum Durum ) en vrac.

### Art 3 : QUANTITE

25.000 TM +/-10% à l'option du vendeur et au prix du contrat.

### Art 4: PRIX:

287,69 $ US/TM CFR free out un bon port, un/deux bons quais tunisiens.

### Art5:ORIGINE :

USA / Canada/Argentine / Europe de l'Ouest / Europe de l'Est /Turquie/Syrie/Méditerranée à l'option du vendeur.

### Art 6: EMBARQUEMENT:

01-10 février 2007 si origine USA/ Canada/ Argentine

05-15 février 2007  si origine Europe de l'Ouest

10-20 février 2007 si origine Europe de l'Est/Turquie/Syrie/Méditerranée

### Art 7: QUALITE:

La marchandise doit être saine, loyale et marchande, exempte de flair, de substances toxiques et de prédateurs vivants à tous leurs stades de développement. Elle doit être de la récolte la plus récente (2005-2006/2006-2007) et répondre aux caractéristiques suivantes :

#### A/ Caractéristiques physiques et chimiques:

| | |
|---|---|
| Poids spécifique: | min 78 Kg/Hl |
| Humidité: | max 13 % |
| Grains vitreux : | min 70% |
| Grains mitadinés: | max 30% dont 4% de blé tendre |
| Impuretés diverses: | max 2% |
| Grains germés: | max 1% |

*Siège Social 30, Rue Alain Savary –1002 Tunis*
*Tél : 216 71 780 550    Télex : 12366 OFBLE    Fax 216 71 789 573*



*REPUBLIQUE TUNISIENNE*                                        *Ministère de l'Agriculture*

18. Copie ou photocopie de la "NOTICE OF READINESS" au port de chargement.
19. Copie ou photocopie du "STATEMENT OF FACTS" au port de chargement.
20. 4 copies authentiques de la charte-partie signée par les deux parties contractantes ou par les agents et/ou courtiers d'affrètement ou par les représentants des armateurs.

## Art 13: CADENCE DE DECHARGEMENT:

2000 TM/WWD, SATNOON SHEX E.I.U. W.W.W.W. Le temps du samedi ou veille d'un jour férié à 12H00 au lundi ou jour ouvrable suivant à 8H00 ne compte pas même si utilisé. Le temps commence à compter à 08H00 le jour ouvrable suivant la remise de la NOR si celle-ci a été remise avant midi, ou à 14H00 le jour ouvrable suivant la remise de la NOR si elle a été remise l'après-midi et pendant les heures d'ouverture des bureaux.

## Art 14: TAUX DE SURESTARIES/DESPATCH:

Selon la charte partie.

## Art 15: EXPEDITIONS PARTIELLES :

Les expéditions partielles sont interdites, sauf accord préalable de l'Office des Céréales.

## Art 16: PENALITES DE RETARD:

Tout retard occasionné au chargement de la cargaison sera pénalisé, sur la base de la quantité totale connaissementée, selon le barème suivant:

-De 1 à 4 jours: 0,5% du prix Coût et Fret.
-De 5 à 6 jours: 1,0% du prix Coût et Fret.
-De 7 à 8 jours: 1,5% du prix Coût et Fret.

Au-delà de 08 jours, l'acheteur sera en droit d'appeler la garantie de bonne exécution et de se porter acquéreur de la même quantité pour le compte du vendeur, qui devra, outre la réparation du préjudice tant moral que matériel subi par l'acheteur du fait de sa défaillance, payer la différence de prix.

## Art 17: CONDITIONS PARTICULIERES :

➤ Si origine France et si paiement dans le cadre de l'A.A.A.T.F, l'acheteur s'engage à ne pas ré-exporter la marchandise hors du territoire tunisien.
➤ Transbordement interdit.
➤ Frais et commissions bancaires en dehors de la Tunisie à la charge du vendeur sauf les frais GSM 102 qui seront supportés par l'acheteur, sur présentation par le vendeur, des factures justificatives de la CCC.



*Office des Céréales*                                        *Page 6 sur 7*

