UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
PANCOAST TRADING S.A.            :

        Plaintiff,            :

   07 CV 8581 (GEL)
- against -                                   :   ECF CASE

EUROGRANI S.r.l.,                 :   AFFIDAVIT OF CLAURISSE
   CAMPANALE-OROZCO
        Defendant.            :
----------------------------------------------------X

State of Connecticut  )
          ) ss: SOUTHPORT
County of Fairfield   )

    Claurisse Campanale Orozco, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court and represent the Plaintiff herein. I am familiar with the facts of this case and make this Affidavit in support of Plaintiff's Response to Defendant's Motion for Countersecurity.

2. On or about December 5, 2007, I spoke with James A. Saville, Jr., attorney for the Defendant who indicated that despite the Plaintiff's offer to post a letter of undertaking, his client had decided not to accept that form of security, but instead would be seeking a cash deposit into a joint escrow account.

3. A true and accurate copy of the e-mail sent to me from Ioanna Vita is attached hereto as Exhibit 1.

4. A true and accurate copy of the e-mail sent to me from James A. Seville, Jr. is attached hereto as Exhibit 2.

–1–

5. A copy of the case of *In the Matter of the Complaint of Compania Naviera Marasia S.A.*, 1980 A.M.C. 388 (S.D.N.Y. March 8, 1979), cited in Plaintiff's Response to Defendant's Motion For Countersecurity, but not officially reported, is attached hereto as Exhibit 3.

Dated: December 17, 2007
Southport, CT

_____
Claurisse Campanale-Orozco

Sworn and subscribed to before me
this 17th day of December 2007.

_____
Notary Public