# EXHIBIT 1

## Claurisse A. Campanale-Orozco

**From:** Ioanna Vitta [Ioanna.Vitta@thomascooperlaw.com]
**Sent:** Monday, December 17, 2007 11:05 AM
**To:** Claurisse A. Campanale-Orozco
**Cc:** Douglas Bateson
**Subject:** RE:MV VERTIGO- Pancoast v. Eurograni

As previously indicated to all parties, we confirm that our clients Pancoast are willing to provide a Letter of Undertaking as valid security for Eurograni's alleged counter claim in the action they have pending against them in New York. We continue to await receipt of the wording for the LOU in this matter.

Best regards,

Ioanna Vitta
Thomas Cooper

M +30 6944 352372
T +30 210 361 4840
F +30 210 361 4842

www.thomascooperlaw.com

The Information contained in this message is confidential and intended for the use of the addressee only. Any unauthorised dissemination or copying of this message, and use or disclosure of information contained in it, is strictly prohibited and may be illegal. If you are not the addressee then you may not copy or deliver this message to anyone, but please destroy this message and notify us immediately. This email has been scanned for all viruses by our regularly updated external and Internal Email Security Systems but in accordance with good computer practice, please ensure that all messages received are checked by your own security systems before opening.

We have donated our Christmas card budget to the **Great Ormond Street Hospital Charity** (http://www.gosh.org/) and wish all our friends and clients best wishes for the festive season and a prosperous New Year.

12/17/2007