# EXHIBIT 2

## Claurisse A. Campanale-Orozco

**From:** James A. Saville [JSaville@hillrivkins.com]
**Sent:** Thursday, December 06, 2007 6:39 PM
**To:** Claurisse A. Campanale-Orozco
**Subject:** Pancoast Trading

Claurisse
Client wants us to go forward and demand countersecurity in cash deposited to joint escrow. I am writing to the court in the morning. As the issue is relatively narrow and our clients are anxious to resolve it, we suggest that our initial brief be served on Tuesday 12/11/07, Pancoast's opposition be served on 12/14/07. Our reply - if any -would be filed the following Tuesday 12/18/07. Please confirm and we will advise court.
Jim

James A. Saville, Jr.
Hill Rivkins & Hayden LLP
45 Broadway, Suite 1500
New York, New York 10006
Tel. (212) 669-0600
Direct (212) 669-0618
Fax (212) 669-0699
Mobile (516) 244-3709

Attorney-Client or other Privileged and Confidential Information may be contained in this message. If you are not the intended recipient of this message, please destroy this message and any attachments and notify the sender by return email.