

**HILL RIVKINS & HAYDEN LLP**
45 Broadway, Suite 1500, New York, NY 10006-3739   Tel: (212) 669-0600
Fax: (212) 669-0698/0699           e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com

**Via Electronic Filing**

December 21, 2007

The Honorable Gerard E. Lynch
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

> RE:  PANCOAST TRADING S.A., vs.
> EUROGRANI S.r.l.
> **07 CV 8581 (GEL)**
> Our File No.: 29672-JAS
> - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Dear Judge Lynch:

We represent defendant Eurograni S.r.l in the captioned matter.

As the matter has now been fully briefed, we request that the Court schedule a hearing on Defendant's application for countersecurity pursuant to Rule E of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure. Counsel for both parties are available Friday, December 28, 2007 or at the Court's earliest convenience.

We thank the Court for its attention to the foregoing.

Respectfully submitted,

HILL RIVKINS & HAYDEN LLP

James A. Saville, Jr.

JAS/mc
29672\006 Court
cc: **Via Electronic Filing**
Claurisse Campanale Orozco, Esq.
Tisdale Law Offices LLC

| NEW JERSEY | TEXAS | CONNECTICUT | CALIFORNIA |
|---|---|---|---|
| 5 North Broadway | 712 Main Street, Suite 1515 | 60 Quarry Dock Road | Of Counsel: |
| South Amboy, NJ 08879-1638 | Houston, TX 77002-3209 | Branford, CT 06405-4654 | Brown & Associates |
| Tel: (732) 838-0300  Fax: (732) 316-2365 | Tel: (713) 222-1515 Fax: (713) 222-1359 | Tel: (203) 315-9274 Fax: (203) 315-9264 | 11140 Fair Oaks Boulevard, Suite 100 |
| e-mail: thefirm@hillrivkins.com | e-mail: hillrivkinstexas@hillrivkins.com | e-mail: hillrivkinsct@snet.net | Fair Oaks, CA 95628-5126 |
|  |  |  | Tel: (916) 859-4910  Fax: (916) 859-4911 |