BC

11 WEST 42ND STREET. SUITE 900
NEW YORK. NY 10036
(212) 354-0025
FAX (212) 869-0067

# TISDALE
## LAW OFFICES, LLC

10 SPRUCE STREET
SOUTHPORT CT 06890
(203) 254-8474
FAX (203) 254-1641

TL@TISDALE-LAW.COM

*New York, NY · Southport, CT*

WWW.TISDALE-LAW.COM

August 1, 2008

JUDGMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/5/08

*Via Facsimile (212) 805-0436*
The Honorable Gerard E. Lynch
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re:    **Pancoast Trading S.A. v. Eurograni S.r.L.**
        Docket Number: 07 Civ. 8581

Dear Honorable Sir:

        We represent the Plaintiff, Pancoast Trading S.A., in the above-referenced matter.
We write to provide Your Honor with a status update since our last report sent to you in
June.

        As previously indicated, the Plaintiff is fully secured in respect of its claim and
has provided the requested countersecurity to the Defendant for their counterclaims. The
arbitration in London is ongoing, though the case is not yet resolved.

        In the event that the underlying case is resolved, we will advise the court
accordingly. In the meantime, we would be grateful if we could provide a further status
update in December.1, 2008
        on

        We appreciate your Honor's indulgence in this matter.

Respectfully submitted

Claurisse Campanale Orozco

dk

cc:    *Via Facsimile  (212) 669-0698*
        James Aloysius Saville, Jr.
        Hill, Rivkins and Hayden
        45 Broadway
        NY, NY 10006

SO ORDERED

GERARD E. LYNCH, U.S.D.J.
8/4/08

MICROFILMED
AUG - 6 2008 -9 00 AM